UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

FEB 1 5 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,                      )
                                               )
Plaintiff,                                     )
                                               )
v.                                             )   No. **4:17CR00081 RLW/NCC**
                                               )
DEVON GUICE,                                   )
                                               )
Defendant.                                     )

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about February 2, 2017, in Saint Louis County, within the Eastern District of

Missouri,

## DEVON GUICE,

the Defendant herein, having been convicted previously in a court of law of one or more crimes

punishable by a term of imprisonment exceeding one year, did knowingly and intentionally

possess a firearm; to wit: a .9mm UZI firearm, serial number U0002388, and various rounds of

9mm and .223 caliber ammunition, which previously traveled in interstate or foreign commerce

during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
RODNEY H. HOLMES, #6244551IL
Assistant United States Attorney